**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GEORGE COMFORT & SONS, INC.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 16-3789** |
| | : | |
| **WORTH AND COMPANY, INC.,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

The Parties have agreed to transfer this case to the Pennsylvania Common Pleas Court pursuant to 42 Pa. C. S. § 5103, and requested that I enter an order directing the Clerk of Court to effectuate the transfer. (Doc. No. 15.) 42 Pa. C. S. § 5103 provides that "any litigant in the matter filed [in federal court] may transfer the matter to a court or magisterial district of this Commonwealth" by complying with the procedural requirements. 42 Pa. C. S. § 5103(b)(1). Consequently, "it is up to the litigants [and] not the Court to pursue, if possible, a transfer." Gbforefront, L.P. v. Forefront Mgmt. Grp., LLC, 2016 WL 5162252, at *9 (E.D. Pa. Sept. 21, 2016. I cannot direct the Clerk of Court to transfer this case. Accordingly, I will dismiss the case without prejudice so that Plaintiff may pursue a transfer to Pennsylvania Common Pleas Court.

**AND NOW**, this 11th of October, 2016, upon consideration of the Parties' Joint Stipulation and Consent to Transfer (Doc. No. 15), it is hereby **ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice**.   Defendant's Motion to Dismiss (Doc. No. 11) is **DENIED as moot**.  The Clerk of Court shall **CLOSE** the case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.

2